B27 (Official From 27) (12/09)

## UNITED STATES BANKRUPTCY COURT
### District of Idaho

In re BRENT F. YOUNG and TRACY M. YOUNG,      Case No. 09-03530-JDP
Debtors     Chapter 7

### REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: SYRINGA BANK

2. Amount of the debt subject to this reaffirmation agreement:
   $30,839.64 on the date of bankruptcy $5,000.00 to be paid under reaffirmation agreement

3. Annual percentage rate of interest: 7.75% prior to bankruptcy
   0% under reaffirmation agreement (X Fixed Rate __ Adjustable Rate)

4. Repayment terms (if fixed rate): $5,000.00 one payment on or before April 30, 2010

5. Collateral, if any, securing the debt: Current market value: $_____
   Description: _____

6. Does the creditor assert that the debt is nondischargeable? XX Yes ____ No
   (If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| Debtor's Schedule I and J Entries | | Debtor's Income and Expenses as Stated on Reaffirmation Agreement | |
|---|---|---|---|
| 7A. Total monthly income from Schedule I, line 16 | $5,148.08 | 7B. Monthly income from all sources after payroll deductions | $ 5148.08 |
| 8A. Total monthly expenses from Schedule J, line 18 | $5,734.45 | 8B. Monthly expenses | $ 5734.45 |
| 9A. Total monthly payments on reaffirmed debts not listed on Schedule J | $0.00 | 9B. Total monthly payments on reaffirmed debts not included in monthly expenses | $ 0 |
| | | 10B. Net monthly income (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) | $ 586.40 |

06782.0219.1883462.3

B27 (Official From 27) (12/09)                                                                                          Page 2

11.    **Explain with specificity any difference** between the income amounts (7A and 7B):

_____

_____

12.    Explain with specificity any difference between the expense amounts (8A and 8B):

_____

_____

If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____        _____
Signature of Debtor (only required if        Signature of Joint Debtor (if applicable, and
line 11 or 12 is completed)                            only required if line 11 or 12 is completed)

Other Information

☐    Check this box if the total on line 10B is less than zero. If the number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:  **The Debtors deny any liability to Syringa Bank in this matter. However, in order to settle with Syringa Bank, they agree to make a lump-sum payment of $5,000. These funds will come from a gift from a third party. The facts surrounding this matter, as claimed by Syringa Bank, are set forth in Don Luette's Declaration. In exchange for this settlement, Syringa Bank agrees not to pursue a non-dischargeability adversary action in this Court.**

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?

         XX   Yes                          _____ No

If debtor was represented by counsel during the course of negotiation this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?

         XX   Yes                          _____ No

**FILER'S CERTIFICATION**

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Sheila R. Schwager, Esq.
Counsel of Record for Syringa Bank

06782.0219.1883462.3